6ROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Anthony M. Caruso    Cr.: 04-CR-677-03
                                       PACTS #: 41136

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg

Date of Original Sentence: 10/25/06

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 5 years of Probation; 6 months of Home Confinement; Financial Disclosure; No New Debt; Occupational Restrictions; $4,000 fine and $3.6 million restitution

Type of Supervision: PROB                    Date Supervision Commenced: 10/25/06

## STATUS REPORT

U.S. Probation Officer Action:

On October 25, 2006, the offender began his 60 month term of probation. The offender was transferred to our low intensity caseload on April 15, 2010.

Mr. Caruso currently resides in Ocean, NJ. The offender has been employed in sales with Honda Universe since November 2009. We believe that Mr. Caruso has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $62,974.77 toward his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Caruso's term of supervision to expire as scheduled on October 24, 2011.

Respectfully submitted,

By: Patricia C. Jensen
    U.S. Probation Officer Assistant
Date: October 10, 2011

[X] Concur with the recommendation of the U.S. Probation Office
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

10/21/11
_____
Date